The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN F. HARRINGTON,<br><br>Defendant. | NO. CR21-058 RSM<br><br>**ORDER** |

THE COURT has considered the Defendant's unopposed motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the Defendant' unopposed motion, and that a remote guilty plea hearing via video or telephone may take place as soon as practicable because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the Defendant's unopposed motion.  Accordingly,

ORDER AUTHORIZING GUILTY PLEA TO PROCEED BY VIDEO
OR TELEPHONIC CONFERENCE - 1
*U.S.A. v. Harrington*, CR21-058 RSM

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

1      THE COURT ORDERS that Mr. Galindo-Maradiaga may proceed with the plea

2 hearing as scheduled on January 5, 2022 at 9:30 a.m. by video or telephonic conference,

3 consistent with current procedures established by this Court.

4      DONE this 4th day of January, 2022.

```
                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE
```

Presented by:

*/s/ Thomas D. Coe*
By: _____
THOMAS D. COE
Attorney for Defendant Jonathan F. Harrington

ORDER AUTHORIZING GUILTY PLEA TO PROCEED BY VIDEO
OR TELEPHONIC CONFERENCE - 2
*U.S.A. v. Harrington*, CR21-058 RSM

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816