The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN F. HARRINGTON, <br><br> Defendant. | NO. CR21-058 RSM <br><br> ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENT |

**THIS MATTER** comes before the Court by defendant's motion to seal document "Defendant's Supplemental Sentencing Memorandum" Dkt. 182. The Court has reviewed the motion and finds that because the document contains sensitive personal information, permits the filing of the document under seal.

**IT IS HEREBY ORDERED** that document "Defendant's Supplemental Sentencing Memorandum" Dkt. 182 be filed under seal.

DONE this 29th day of April, 2022.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

///

ORDER GRANTING MOTION TO SEAL DOCUMENT
Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

Presented by:

/s/ Thomas D. Coe
<u>By:</u>
THOMAS D. COE
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER GRANTING MOTION TO SEAL DOCUMENT
Page - 2

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816