UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR21-58RSM |
| Plaintiff, | ORDER GRANTING MOTION TO REMAND |
| v. | |
| JONATHAN F. HARRINGTON, | |
| Defendant. | |

THE COURT has considered the Government's Motion to Remand Defendant pursuant to 18 U.S.C. § 3143(a)(2) and for the reasons set forth therein, hereby GRANTS the motion. The defendant is remanded to the custody of the Bureau of Prisons. The alleged bond violations and any related hearings are dismissed/terminated as MOOT.

DATED this 7th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO REMAND - 1